**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Velocity Holding, Inc. | : | Case No. 17-12442 (KJC) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

       Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Sumitomo Rubber North America Inc.**, Attn: Ron Woods, 8656 Haven Ave., Rancho Cucamonga, CA 91730, Phone: 909-694-3156; Fax: 909-244-1656

2. **Pirelli Tire, LLC**, Attn: Stephanie Dattilo, 546 Fifth Ave., New York, NY 10036, Phone: 212-497-8847

3. **American Kenda Rubber Ind. Co.,** Attn: P. Jeffrey Pizzola, 7095 Americana Parkway, Reynoldsburg, Ohio 43068, Phone: 614-729-7855, Fax: 614-866-9805

4. **Calloway Golf**, Attn: Diana Schelin, 2180 Rutherford Road, Carlsbad, CA 92008, Phone: 760-804-4247

5. **Camso Inc.**, Attn: Francisca Bullock, 2633 MacPherson, Magog, Quebec, Canada JIX OE6, Phone: 819-869-8206, Fax: 819-868-0600

                                                           ANDREW R. VARA
                                                           Acting United States Trustee, Region 3


                                                       /s/ *Linda Casey* for
                                                       T. PATRICK TINKER
                                                       ASSISTANT UNITED STATES TRUSTEE

DATED: November 29, 2017

Attorney assigned to this Case: Linda Casey, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Patrick Reilly, Esq., Phone: (302) 652-3131